UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Stanley R. Chesler |
| v. | : Crim. No. 07-959 (SRC) |
| MARY ANN THOMAS | : ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Crim. No. 07-959, against defendant Mary Ann Thomas, which Indictment was returned on December 4, 2007, charging the defendant with converting to her own use money and property, which came into her control in the execution of her employment with the United States Postal Service, in violation of Title 18, United States Code, Section 1711 because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. STANLEY R. CHESLER
United States District Judge

Dated: February 25, 2009