UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 07-959 |
| MARY ANN THOMAS | : | STIPULATION AND ORDER OF RESTITUTION |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant United States Attorney), and defendant Mary Ann Thomas (by Peter Carter, Assistant Federal Public Defender) for an order directing the payment of restitution in this matter and the parties having consented and stipulated to the following terms and conditions, it is the FINDING OF THIS COURT that:

1. As part of the Pretrial Diversion Agreement entered into between the Government and defendant Mary Ann Thomas on or about February 13, 2009, defendant Mary Ann Thomas agrees to the payment of restitution upon the terms indicated herein.

2. Defendant Mary Ann Thomas agrees to pay a total sum of four thousand dollars ($4,000) in satisfaction of her restitution obligations. Interest is waived during the repayment period. Prior to the conclusion of her pretrial diversion, and as a condition precedent of the successful completion of pretrial diversion, defendant Mary Ann Thomas shall remit the entirety of her Federal Employees Retirement System ("FERS") account to the United States Postal Service in partial payment of her restitution obligations.[1] That money should be remitted to: United States

---

[1] The Pretrial Diversion period shall conclude on or about May 12, 2009.

Postal Service, Accounting Service Center, 2825 Lone Oak Parkway, Eagan, Minnesota 55121-9600 and include defendant Mary Ann Thomas's name and her Social Security Number to be sure that the funds are properly credited.

3. Thereafter, defendant Mary Ann Thomas agrees to pay the remaining balance of her restitution obligations in a lump sum or monthly installment payments, with full payment to be made no later than two years from the conclusion of pretrial diversion. Payment in full may be made at any time within the repayment period.

4. All payments shall be in the form of certified checks and/or money orders made payable to the United States Postal Service and be mailed to United States Postal Service, Accounting Service Center, 2825 Lone Oak Parkway, Eagan, Minnesota 55121-9600. Payments should include defendant Mary Ann Thomas's name and her Social Security Number to be sure that the funds are properly credited..

5. In the event defendant Mary Ann Thomas defaults on the agreement by failing to make payment in accordance with the agreement, the Government shall proceed with any and all remedies and rights at law and in equity. Default will be deemed to have occurred if : (A) the entirety of the defendant's FERS account is not remitted to the United States Postal Service prior to or at the conclusion of the pretrial diversion period; or (B) payment in full of the remaining restitution obligations is not received by the United States Postal Service in accordance with this Stipulation and Order of Restitution within two years of the termination of pretrial diversion.

IT IS HEREBY ORDERED that defendant Mary Ann Thomas shall pay restitution to the United States Postal Service in the amount of four thousand dollars ($4,000) upon the terms and conditions stipulated to herein.

By: /s/ MARY ANN THOMAS
Defendant

RICHARD COUGHLIN
Federal Public Defender

By: /s/ PETER CARTER
Attorney for Defendant Mary Ann Thomas

RALPH J. MARRA, JR.
Acting United States Attorney

By: /s/ LEE D. VARTAN
Assistant United States Attorney

IT IS on this 25th day of February, 2009;

SO ORDERED.

/s/
HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE